JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MORALES, | Case No. CV 15-4069-DOC (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFFREY BEARD, | |
| Respondent. | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 12, 2015

*/s/ David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1