1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10   MARIO MORALES,                          Case No. CV 15-4069-DOC (KK)
11                          Petitioner,
12              v.                           ORDER ACCEPTING FINDINGS
                                             AND RECOMMENDATION OF
13   JEFFREY BEARD, Warden,                  UNITED STATES MAGISTRATE
                                             JUDGE
14                          Respondent.
15
16
17        Pursuant to Title 28 of the United States Code, section 636, the Court has
18   reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the
19   Final Report and Recommendation of the United States Magistrate Judge.  No
20   objections have bee filed.  The Court accepts the findings and recommendation of
21   the Magistrate Judge.
22        IT IS THEREFORE ORDERED that Judgment be entered (1) denying the
23   Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.
24
25   Dated:  June 8, 2016
                                             _David O. Carter_
26                                           _____
                                             HONORABLE DAVID O. CARTER
27                                           United States District Judge
28