JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MORALES,<br><br>                    Petitioner,<br><br>          v.<br><br>JEFFREY BEARD, Warden,<br><br>                    Respondent. | Case No. CV 15-4069-DOC (KK)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: June 8, 2016

*David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge